JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

ELI LILLY AND COMPANY,

        Plaintiff,

    vs.

WILLOW HEALTH SERVICES, INC.,

        Defendant.

Case No. 2:25-cv-03570-AB-MARx

[PROPOSED] JUDGMENT

Pursuant to the February 3, 2026, Order (Dkt. No. 71) on Defendant Willow Health Services, Inc.'s ("Willow") Motion to Dismiss Eli Lilly and Company's ("Lilly") First Amended Complaint Pursuant to Fed. R. Civ. Pro. 12(B)(6), and in accordance with Federal Rule of Civil Procedure 58, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

This action is DISMISSED WITH PREJUDICE, and JUDGMENT is entered in favor of Defendant Willow Health Services, Inc. and AGAINST Plaintiff Eli Lilly and Company, which shall take nothing by way of its First Amended Complaint.

Dated:  February 20, 2026

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE