UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 23 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ELI LILLY AND COMPANY,

    Plaintiff - Appellant,

  v.

WILLOW HEALTH SERVICES, INC.,

    Defendant - Appellee.

No. 26-1317

D.C. No. 2:25-cv-03570-AB-MAR
Central District of California,
Los Angeles

ORDER

The motion (Docket Entry No. 16) by Matthew L. Venezia to withdraw as counsel is granted.

The motion (Docket Entry No. 17) for an extension of time to file the opening brief is granted.

The opening brief is due July 24, 2026. The answering brief is due August 24, 2026. The optional reply brief is due 21 days after the answering brief is served.

                  FOR THE COURT:

                  MOLLY C. DWYER
                  CLERK OF COURT